# United States Court of Appeals for the Eighth Circuit

United States of America                          Plaintiff – Appellee

v.                              Case No. 24-2212

Verlynin Buckley                           Defendant – Appellant

## Motion for an Extension of Time to File a Petition for Rehearing En Banc

1. This is a criminal case, and on July 29, 2025, this Court entered a judgment affirming Verlynin Buckley's sentence. The deadline to file a petition for rehearing en banc is August 12, 2025. For the reasons more fully discussed, *infra*, the undersigned attorney respectfully requests that the Court extend the due date for filing a petition for rehearing en banc to September 9, 2025.

2. Part V of this Court's Plan to Implement the Criminal Justice Act of 1964 requires me to advise Verlynin Buckley of the right to file a petition for panel rehearing, a petition for rehearing en banc, and a petition for a writ of certiorari in the Supreme Court of the United States, and to inform him of my opinion as to the merit and likelihood of the success of those petitions.

3. Verlynin Buckley is currently in custody of the Arkansas Department of Corrections. He is incarcerated at the Wrightsville Unit in Wrightsville, Arkansas, which is located thirty-seven miles from where I work. I need to meet with him in order to fulfill my duties under Part V of this Court's Plan to Implement the Criminal Justice Act of 1964.

4. Arranging that meeting and actually meeting with him involves logistical and timing challenges. First, I need to obtain the approval of the prison administration for a visit, and I do not know how long that approval process will take. Second, if I obtain the necessary approval, I need to make travel arrangements for the visit, which will entail rearranging my trial schedule because given the distance between where I work and where Verlynin Buckley is incarcerated, the travel time plus the visit itself will be an all-day affair.

5. I cannot accomplish everything that is involved in arranging to meet with Verlynin Buckley, traveling to meet with him, and actually meeting with him before the August 12, 2025 deadline to file a petition for rehearing en banc. Moreover, at this point, I am

convinced that there are no meritorious grounds for seeking rehearing by the en banc Court or the panel, nor am I convinced that there are meritorious grounds to seek review in the Supreme Court of the United States. Notwithstanding my misgivings regarding rehearing en banc, panel rehearing, and review in the Supreme Court of the United States, I am nevertheless obligated to meet with Verlynin Buckley to discuss what avenues for relief, if any, are available to him in this case.

6. Under Part V of this Court's Plan to Implement the Criminal Justice Act of 1964, after meeting with Verlynin Buckley, if I remain convinced that there are no meritorious grounds for seeking rehearing by the en banc Court or the panel, and I remain convinced that there are no meritorious grounds to seek review in the Supreme Court of the United States, I must file a motion to withdraw on or before August 12, 2025, and I cannot meet that deadline because I cannot meet with Verlynin Buckley before August 12, 2025, which is the reason I am asking this Court to extend the due date to file a petition for rehearing en banc to September 9, 2025.

7. Based on the foregoing, I am asking the Court to extend the due date to file a petition for rehearing en banc from August 12, 2025 to September 9, 2025.

8. This motion is made in good faith and not for the purpose of delay.

                                            Respectfully submitted,

                                            /s/ Efrem B. Neely Sr.
                                            Efrem B. Neely Sr.
                                            AR Bar# 2008047
                                            1514 S. Poplar Street
                                            Pine Bluff, Arkansas 71601
                                            Telephone: 870.536.9336
                                            Email: ebneely@neelylaw.net

**Certificate of Compliance with Type Volume Limitation, Typeface Requirements, and Type Style Requirements**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. 27(a)(2)(B) and Fed. R. App. P. 32(f), it contains 613 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft® Word 2019 MSO (16.0.10417.20030) 64-bit in font size 14 in font Equity A.

/s/ Efrem B. Neely Sr.
Efrem B. Neely Sr.

Attorney for the Appellant, Verlynin Buckley

Dated: July 31, 2025

**Certificate of Service**

I hereby certify that on July 31, 2025, I electronically filed this Motion For An Extension Of Time To File A Petition For Rehearing En Banc with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Efrem B. Neely Sr.
Efrem B. Neely Sr.